UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. QUINTANILLA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 13-0791 LJO BAM<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 6) |

　　　Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

　　　1.　　DISMISSES without prejudice this entire action and all claims;

　　　2.　　VACATES all pending matters and dates, including the September 12, 2013 scheduling conference; and

　　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　　　Dated:　**July 11, 2013**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1