UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. QUINTANILLA,<br><br>               Plaintiff,<br><br>   vs.<br><br>COUNTY OF FRESNO,<br><br>               Defendant.<br>_____/ | CASE NO. CV F 13-0791 LJO BAM<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 6) |

     Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

     1.     DISMISSES without prejudice this entire action and all claims;

     2.     VACATES all pending matters and dates, including the September 12, 2013 scheduling conference; and

     3.     DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:  **July 11, 2013**                            /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE